FAHLE, Appellant, v. FIRE PROOF FILM CO., Respondent. (Supreme Court, Appellate,

Division, Fourth Department. October 6, 1915.) Action by Paul Fahle against the Fire Proof Film Company. No opinion. Motion granted, and appeal dismissed, with costs.